UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMSBURG NATIONAL INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>ROCKET ENGINEERING CORP.,<br><br>Defendant | No. 2:16-CV-01052 KJM KJN (GGH)<br><br><br>ORDER TO SHOW CAUSE |

After inquiry with the undersigned's courtroom clerk and review of email traffic concerning this case, at no time was a request-- that defendant's insurance representative (or other client representative) not be required to attend the settlement conference-- communicated to the undersigned's staff or the undersigned himself. Defendant Rocket Engineering Corp. shall therefore show cause in writing no later than June 29, 2017 why sanctions should not be issued for failure to have a representative with authority to settle present at the settlement conference on June 15, 2017.[1]

Dated: June 15, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for defendant initially represented that he had full authority to negotiate at the settlement conference, but later stated that the authority given him in monetary terms to settle was zero. No request was received either by plaintiff's counsel or the court from defendant asking that the conference be vacated because there was no possibility of settlement.