UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAMSBURG NATIONAL
INSURANCE COMPANY,

            Plaintiff,

      v.

ROCKET ENGINEERING CORP., a
corporation,

            Defendant.

No.  2:16-cv-1052-KJM-KJN

ORDER RE SETTLEMENT & DISPOSITION

      The case was before the court for a settlement conference conducted on March 20, 2018.
Pursuant to the representations by counsel for the parties, the court has now determined that the
matter has settled.

      The court now orders that dispositional documents are to be filed not later than fifty (50)
days from the date of this order.

      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

      IT IS SO ORDERED.

DATED:  March 20, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE